IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> U.S. Wood Products, Inc., <br><br>     Debtor. | : <br> : <br> : <br> : <br> : <br> : |
| Montague Claybrook, Chapter 7 Trustee <br>     Appellee, <br><br> v. <br><br> Ponderosa Industrial De Mexico, <br>     Appellant. | : District Court Civil Action No. 04-1356 <br> : <br> : <br> : Bankruptcy Adversary No. 03-53670 <br> : <br> : |

## NOTICE AND STIPULATION OF VOLUNTARY DISMISSAL OF APPEAL

Please take notice that Appellee, Montague Claybrook, Chapter 7 Trustee, and Appellant, Ponderosa Industrial De Mexico, by and through their respective counsel, hereby stipulate to the voluntary dismissal of the above captioned appeal from the August 20, 2004 Order denying the Motion to Dismiss with prejudice pursuant to Rule 8001(c)(2) of the Federal Rules of Bankruptcy Procedure.

Each party is to bear its own costs and expenses.

Dated: 8/1/07

| | |
|---|---|
| THE BAYARD FIRM <br><br> _____ <br> Ashley B. Stitzer (No. 3891) <br> 222 Delaware Avenue, Suite 900 <br> Wilmington, Delaware 19801 <br><br> Counsel for Appellant Ponderosa <br> Industrial De Mexico | FOX ROTHSCHILD LLP <br><br> _____ <br> Sheldon K. Rennie (No. 3772) <br> 919 N. Market Street, Suite 1300 <br> Wilmington, Delaware 19801-3046 <br> - and - <br> Michael G. Menkowitz, Esquire <br> Mark G. McCreary, Esquire <br> 2000 Market Street, Tenth Floor <br> Philadelphia, Pennsylvania 19103 <br><br> Counsel to Montague Claybrook, <br> Chapter 7 Trustee |

575261v1

PH1 1002884v3 07/31/07