IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| US WOOD PRODUCTS, INC., | : | Case No. 00-03198 (MFW) |
| | : | Related Motion Docket No. 1304 |
| Debtor. | : | Hearing Date: May 20, 2005 @ 9:30 a.m. |
| | : | Objection Deadline: May 2, 2005 @ 4:00 p.m. |
| MONTAGUE S. CLAYBROOK, CHAPTER 7 TRUSTEE, | : | |
| Plaintiff, | : | |
| v. | : | |
| AT&T CORPORATION, | : | Adv. No. 03-54778 |
| ATLANTIC VENEER CORPORATION, | : | Adv. No. 03-53544 |
| DARLINGTON VENEER CO., INC., | : | Adv. No. 03-53569 |
| GENERAL ELECTRIC CAPITAL SERVICES, INC., | : | Adv. No. 03-54779 |
| GEORGIA-PACIFIC CORPORATION, | : | Adv. No. 03-53597 |
| KONICA BUSINESS TECHNOLOGIES, INC., | : | Adv. No. 03-54783 |
| LEGACY PARTNERS COMMERCIAL DEVELOPMENT, INC., D/B/A JJB HILLTOP BUSINESS CENTER, | : | Adv. No. 03-53623 |
| LIBERTY WOODS INTERNATIONAL, INC., | : | Adv. No. 03-53625 |
| PACIFIC BELL, | : | Adv. No. 03-54800 |
| PONDEROSA INDUSTRIAL DE MEXICO, | : | Adv. No. 03-53670 |
| ROADWAY EXPRESS, INC., and | : | Adv. No. 03-54777 |
| SOUTHWESTERN BELL TELEPHONE COMPANY, INC., | : | Adv. No. 03-54789 |
| Defendants. | : | |

**OMNIBUS ORDER APPROVING SETTLEMENT OF
AVOIDANCE ACTIONS PURSUANT TO FED. R. BANKR. P. 9019**

This matter came before the Court on the motion of Montague S. Claybrook (the "Trustee"), the Chapter 7 Trustee for the estate of US Wood Products, Inc. (the "Debtor"), for entry of an order approving the settlement of avoidance actions pursuant to Fed. R. Bankr. P. 9019 (the "Motion"); and the Court having determined that adequate notice of the Motion has been given pursuant to Fed. R. Bankr. P. 2002 and 9019; and the Court having read and considered the Motion, objections to the Motion, if any, and arguments of any counsel appearing

PH2 219593v2 03/02/05

regarding the relief requested in the Motion at a hearing before the Court; and the Court having determined that the legal and factual bases set forth in the Motion and at any Hearing establish just cause for the relief granted herein:

It is hereby ORDERED that:

1. The Motion be and is hereby GRANTED.
2. The following settlements of pre-litigation demands and adversary proceedings under 11 U.S.C. §§ 547 and 550 be and are hereby approved pursuant to Fed. R. Bankr. P. 9019:

| Defendant | Adversary No. | Face Amount of Preference Claim | Settlement Amount |
| --- | --- | --- | --- |
| AT&T Corporation | 03-54778 | $11,487.60 | $0.00 |
| Atlantic Veneer Corporation | 03-53544 | $847,895.12 | $100,000.00 |
| Darlington Veneer Co., Inc. | 03-53569 | $568,379.40 | $25,000.00 |
| General Electric Capital Services, Inc. | 03-54779 | $110,544.42 | $13,717.97 |
| Georgia-Pacific Corporation | 03-53597 | $300,025.44 | $47,500.00 |
| Konica Business Technologies, Inc. | 03-54783 | $5,911.83 | $0.00 |
| Legacy Partners Commercial Development, Inc., d/b/a JJB Hilltop Business Center | 03-53623 | $12,355.46 | $3,000.00 |
| Liberty Woods International, Inc. | 03-53625 | $240,919.44 | $10,000.00 |
| Pacific Bell | 03-54800 | $13,136.91 | $2,250.00† |
| Ponderosa Industrial de Mexico | 03-53670 | $305,128.76 | $50,000.00 |
| Roadway Express, Inc. | 03-54777 | $6,775.64 | $1,500.00 |
| Southwestern Bell Telephone Company, Inc. | 03-54789 | $10,181.83 | $2,250.00† |
| | | TOTAL: | $252,967.97 |

† - Pacific Bell and Southwestern Bell Telephone Company, Inc. were settled together in the aggregate amount of $2,250.00.

Dated: 5/18/05

THE HONORABLE MARY F. WALRATH
CHIEF UNITED STATES BANKRUPTCY JUDGE

-2-

PH2 219593v2 03/02/05